# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 2, 2021

|  | NATIONAL LABOR RELATIONS BOARD, |
|  | Petitioner |
| No. 21-2413 | v. |
|  | HAVEN SALON + SPA, INC, |
|  | Respondent |

| **Originating Case Information:** |
| Agency Case No: 18-CA-266091 & 18-CA-267818 |
| National Labor Relations Board |

Dear Counsel:

An application for enforcement of an order of the National Labor Relations Board upon stipulation of the parties for consent judgment has been filed in this court in the above entitled matter. Enclosed is a copy of the application.

Counsel for the Board has furnished a proposed judgment to be entered by this court. Also enclosed is a copy of the proposed judgment. If you approve the Board's proposed judgment, file a statement stating that fact. If you do not approve, you should file a statement setting forth your objections or modifications. Either of these documents should be filed with this office by August 23, 2021. If your submission requires a Certificate of Service (see Fed. R. App. P. 25), an example may be found on the court's website at www.ca7.uscourts.gov under the Forms section.

Sincerely,

Clerk of the Court

form name: **c7_NLRB_proposed_consent_judgment**    (form ID: **207**)