# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

September 30, 2021

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br>Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC,<br>Respondent |
|---|---|
| **Originating Case Information:** | |
| Agency Case Nos: 18-CA-266091 & 18-CA-267818<br>National Labor Relations Board | |

Upon consideration of the **APPLICATION FOR SUMMARY ENTRY OF A JUDGMENT ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD**, filed on August 2, 2021, by counsel for the petitioner,

**IT IS ORDERED** that the application for summary entry of judgment is **GRANTED** and the attached judgment is **ENFORCED**.

form name: **c7_FinalJudgment**     (form ID: **132**)