# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 20, 2022

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br>Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case Nos: 18-CA-266091 & 18-CA-267818<br>National Labor Relations Board | |

Upon consideration of the **PETITION OF THE NATIONAL LABOR RELATIONS BOARD FOR ADJUDICATION IN CIVIL CONTEMPT AND FOR OTHER CIVIL RELIEF**, filed on December 14, 2022, by counsel for the petitioner,

**IT IS ORDERED** that Haven Salon+Spa shall respond to the petition for contempt by January 9, 2023.

form name: **c7_Order_3J**    (form ID: **177**)