# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 17, 2023

Before

**MICHAEL Y. SCUDDER**, *Circuit Judge*

| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD, <br> Petitioner <br> v. <br> HAVEN SALON + SPA, INC, <br> Respondent |
|---|---|
| **Originating Case Information:** ||
| Agency Case Nos: 18-CA-266091 & 18-CA-267818 <br> National Labor Relations Board ||

The following is before the court: **PETITION OF THE NATIONAL LABOR RELATIONS BOARD FOR ADJUDICATION IN CIVIL CONTEMPT AND FOR OTHER CIVIL RELIEF**, filed on December 14, 2022, by counsel for the petitioner.

On December 20, 2022, this court ordered Haven Salon+Spa to respond to the Board's petition for adjudication of civil contempt by January 9, 2023. That date has passed and no response has been filed. Accordingly,

**IT IS ORDERED** that respondent Haven Salon+Spa shall show cause by January 30, 2023, why the petition for adjudication of civil contempt should not be granted.