# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 21, 2023

*By the Court:*

|  | NATIONAL LABOR RELATIONS BOARD, Petitioner |
|---|---|
| No. 21-2413 | v. |
|  | HAVEN SALON + SPA, INC, Respondent |
| **Originating Case Information:** | |
| Agency Case Nos: 18-CA-266091, 18-CA-267818  National Labor Relations Board | |

The court's review of the docket in this appeal shows that several items mailed by the court to Haven Salon+Spa, Inc. were returned as undeliverable or returned as unclaimed. Accordingly,

IT IS ORDERED that counsel for the National Labor Relations Board shall file, by the close of business on February 22, 2023, a supplement to its petition for adjudication in civil contempt explaining whether Timothy Dillett or another lawful representative of Haven Salon+Spa received copies of the following documents:

- The Board's notification in May 2021 that Haven could file an exception challenging the ALJ's proposed order;
- The Board's order dated June 17, 2021;
- This court's entry of judgment enforcing the Board's order, dated September 30, 2021;
- The Board's petition for contempt, filed on December 14, 2022; and
- This court's orders to respond to the petition and to show cause, dated December 20, 2022, and January 17, 2023.

form name: **c7_Order_BTC**    (form ID: **178**)