UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> HAVEN SALON+SPA, INC. <br><br> Respondent. | Case No. 21-2413 |

## DECLARATION OF ARISH S. ALI

I, Arish S. Ali, hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. The subject of this declaration and the statements set forth herein are true and correct to the best of my belief, either on the basis of my personal knowledge or information acquired by me in the performance of my official duties.

1. I am a Trial Attorney in the Contempt, Compliance, and Special Litigation Branch of the National Labor Relations Board ("NLRB" or "Agency"). I have served in this capacity since November 8, 2021 and have been employed by the NLRB since the same date.

2. I have reviewed the case file for this matter in the Board's case-management system. The case file contains a correspondence log maintained by a Board field examiner documenting Tim Dillett's request on November 18, 2020, that the Board use W145S7644 Durham Drive, Muskego, WI 53150-3804 as Haven Salon+Spa, Inc.'s ("Haven") mailing address. On information and belief, at all relevant times, Mr. Dillett has been the co-owner of Haven and its Director of Operations.

3. Attached as Exhibit 1 is a true and correct copy of *Tim Dillett's January 28, 2021's email to Rachel Simon-Miller*, which is stored in the case-management system.

4. Attached as Exhibit 2A is a true and correct copy of the Board's *Order Transferring Proceeding to the National Labor Relations Board*, which is stored in the case-management system.

5. Attached as Exhibit 2B is a true and correct copy of the Board's *April 30, 2021 Affidavit of Service of Decision and Recommended Order of the ALJ and Order Transferring Proceeding to the Board*, which is stored in the case-management system.

6. Attached as Exhibit 3A is a true and correct copy of the Board's *June 17, 2021 Affidavit of Service of Auto Adopt*, which is stored in the case-

management system.

7. Attached as Exhibit 3B is a true and correct copy of *Deann Helget's June 21, 2021 Email to Tim Dillett*, which is stored in the case-management system.

8. Attached as Exhibit 3C is a true and correct copy of *Richard Neuman's July 19, 2021 Email to Tim Dillett*, which is stored in the case-management system.

9. Attached as Exhibit 4A is a true and correct copy of *Richard Neuman's October 4, 2021 Email to Tim Dillett*, which is stored in the case-management system.

10. Attached as Exhibit 4B is a true and correct copy of *Richard Neuman's October 26, 2021 Email to Tim Dillett*, which is stored in the case-management system.

11. On November 18, 2021, in instructing . Haven to comply with the Court's judgment in order to avoid contempt proceedings, I sent the Court's September 30, 2021 Judgment to Haven via regular mail and email. Attached as Exhibit 4C is a true and correct copy of my *November 18, 2021 Email to Tim Dillett*, which is stored in the case-management system. Attached as Exhibit 4G is a true and correct copy of my *November 18, 2021 Email to April Short*, which

caused the mailing to be sent out and which is stored in the case-management system. To my knowledge, the mail has not been returned to sender.

12. Attached as Exhibit 4D is a true and correct copy of *Richard Neuman's March 29, 2022 Email to Tim Dillett*, which is stored in the case-management system.

13. Attached as Exhibit 4E is a true and correct copy of *Richard Neuman's June 3, 2022 Email to Tim Dillett*, which is stored in the case-management system.

14. Attached as Exhibit 4H is a true and correct copy of *Richard Neuman's June 3, 2022 Email to Carrie Klusman*, which is stored in the case-management system.

15. Attached as Exhibit 4F is a true and correct copy of *Richard Neuman's June 13, 2022 Email to Tim Dillett*, which is stored in the case-management system.

16. Attached as Exhibit 4I is a true and correct copy of the Board's *June 13, 2022 Compliance Solicitation*, which is stored in the case-management system.

17. On December 14, 2022, I filed the instant petition for adjudication in civil contempt. On the same day, I sent the petition to Haven via overnight

mail and email. Attached as Exhibit 5 is a true and correct copy of my *December 14, 2022 Email to Tim Dillett*, which is stored in the case-management system.

18. On December 20, 2022, I sent the Court's order to respond to the contempt petition to Haven via regular mail and email. Attached as Exhibit 6A is a true and correct copy of my *December 20, 2022 Email to April Short*, which caused the mailing to be sent out and which is stored in the case-management system. Attached as Exhibit 6B is a true and correct copy of my *December 20, 2022 Email to Tim Dillett*, which is stored in the case-management system. To my knowledge, the mail has not been returned to sender.

19. On December 22, 2022, the copy of the contempt petition that I had sent to Haven was returned to me with "Return" handwritten on the envelope.

20. On January 18, 2023, I sent the Court's Order to Show Cause to Haven via regular mail and email. Attached as Exhibit 6C is a true and correct copy of my *January 18, 2023 Email to April Short*, which caused the mailing to be sent out and which is stored in the case-management system. Attached as Exhibit 6D is a true and correct copy of my *January 18, 2023 Email to Tim Dillett*, which is stored in the case-management system. On January 31, 2023, the mail was returned to me with "RTS" returned on the envelope. Attached as

Exhibit 6E is a true and correct copy of the returned mail.

21. I certify under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

s/Arish S. Ali_____
Arish S. Ali

**National Labor Relations Board**
Contempt, Compliance, and Special
Litigation Branch
1015 Half Street, SE, 4th Floor
Washington, D.C. 20003
Email: Arish.Ali@nlrb.gov
Fax: (202) 273-4244

Dated: February 22, 2023
      Washington, D.C.