EXH. 1

| | |
|---|---|
| **From:** | Haven Salon |
| **To:** | Simon-Miller, Rachael M. |
| **Cc:** | carley@myhavensalon.com |
| **Subject:** | Re: Follow-Up |
| **Date:** | Thursday, January 28, 2021 4:27:13 PM |

Hello Rachael,

I've had a chance to further evaluate this charge with my business partner, Carley Dillett, cc'd.

There is a lot of information regarding recent cases of protected concerted activity which makes it very hard for me to see how the regional director made this decision.

With the very fact that Katie's email began with "I can only speak for myself" it does the opposite of providing evidence to back the decision that Ms. Rehm was attempting to engage the group. I've read it several times and there is absolutely no evidence of engaging any other employees of Haven in her response. I furthermore find the decision by the regional director an act of retaliation against Haven Salon + Day Spa Inc. which in itself is a violation of the NLRB policy.

It is more clear than ever that the NLRB in this case was hoping to settle prior to the hearing, because the grounds of protected concerted activity or even the fact that I terminated Ms. Rehm are baseless.

With this said, at this point in the process I am walking away from responding to any further requests from the NLRB.
My plan is to amend the answer to my complaint with further evidence to support the above conclusions and revise the settlement to $0.

I find it hard to believe that you can produce any evidence to support this case and I will not subject Haven Salon + Day Spa inc. to further financial damages by proceeding with this hearing or wasting my time.

I will upload the amended answer and email you the $0 settlement document.
After that, the NLRB can take the necessary steps knowing that I will not be responding to further requests or participating in the Feb. 17th hearing.
I am confident upon further review of the amended answer by the NLRB that these charges will be dropped due to the lack of evidence to support taking any further action against Haven Salon + Day Spa Inc.

I wanted to provide this update so that you don't waste any time on the hearing process, because I will not be responding from this point forward.

Best Regards,
Tim Dillett
Director of Operations
Haven Salon + Day Spa Inc.

EXH. 2A

# UNITED STATES OF AMERICA
## BEFORE THE NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| HAVEN SALON + SPA, INC.<br><br>and<br><br>KATHERINE REHM | Cases  18-CA-266091<br>18-CA-267818 |

## ORDER TRANSFERRING PROCEEDING TO
## THE NATIONAL LABOR RELATIONS BOARD

A hearing in the above-entitled proceeding having been held before a duly designated Administrative Law Judge, and the decision of that judge, a copy of which is attached, having been filed with the Board in Washington, D.C.,

**IT IS ORDERED,** pursuant to Section 102.45 of the National Labor Relations Board's Rules and Regulations, that the above-entitled matter be transferred to and continued before the Board.

Dated, Washington, D.C., May 28, 2021.

By direction of the Board:

/s/  Roxanne L. Rothschild
Executive Secretary

NOTE: Communications concerning compliance with the Administrative Law Judge's decision should be with the Regional Director of the Regional Office that issued the complaint.

Exceptions to the decision of the Administrative Law Judge must be received by the Board's Office of the Executive Secretary, 1015 Half Street SE, Washington, DC 20570, on or before *[28 DAYS FROM ISSUANCE OF THIS ORDER]*.

Please refer to Section 102 of the Board's Rules and Regulations ("Rules") with regard to the procedure for filing exceptions to the Administrative Law Judge's decision, or any responsive documents. Attention is specifically directed to the Rules concerning requests for extension of time to file documents (Rule 102.2(c)); the style and format of documents (Rule 102.5(a)); limitations on the length of briefs (Rules 102.5(a), 102.46(a)(1)(i)(D), & 102.46(h)); methods of filing with the Board's Office of the

Executive Secretary (Rules 102.5(c)-(e)); and service on the other parties (Rules 102.5(c), 102.5(f)-(i), & 102.46(h)).

EXH. 2B

# UNITED STATES OF AMERICA

# BEFORE THE NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| HAVEN SALON + SPA, INC. | |
| and | Cases    18-CA-266091 |
| | 18-CA-267818 |
| KATHERINE REHM | DATE OF SERVICE April 30, 2021 |

### AFFIDAVIT OF SERVICE OF DECISION AND RECOMMENDED ORDER OF THE ALJ AND ORDER TRANSFERRING PROCEEDING TO THE BOARD

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated above I served the above-entitled document(s) upon the persons at the addresses and in the manner indicated below. Persons listed below under "E-Service" have voluntarily consented to receive service electronically, and such service has been effected on the same date indicated above.

**CERTIFIED & REGULAR MAIL**
TIMOTHY DILLETT, OWNER
HAVEN SALON + DAY SPA, INC.
W145S7644 DURHAM DRIVE
MUSKEGO, WI 53150

**E-SERVICE & CERTIFIED & REGULAR MAIL**
KATHERINE REHM
S67W14950 GOLDEN COUNTRY DRIVE
MUSKEGO, WI 53150

**E-SERVICE**
REGION 30, MILWAUKEE, WISCONSIN
NATIONAL LABOR RELATIONS BOARD
310 WEST WISCONSIN AVENUE, SUITE 450W
MILWAUKEE, WI 53203-2246

**E-SERVICE**
SHARON L. STECKLER
ADMINISTRATIVE LAW JUDGE
DC - DIVISION OF JUDGES
1015 HALF STREET SE
WASHINGTON, DC 20570

| | |
|---|---|
| Subscribed and sworn before me this 30th day of April 2021. | DESIGNATED AGENT<br><br>L. Allen<br><br><br>NATIONAL LABOR RELATIONS BOARD |

EXH. 3A

# UNITED STATES OF AMERICA

# BEFORE THE NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| HAVEN SALON + SPA, INC.<br><br>AND<br><br>KATHERINE REHM | **Cases**     18-CA-266091<br><br><br>DATE OF SERVICE June 17, 2021 |

## AFFIDAVIT OF SERVICE OF AUTO ADOPT

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated above I served the above-entitled document(s) upon the persons at the addresses and in the manner indicated below. Persons listed below under "E-Service" have voluntarily consented to receive service electronically, and such service has been effected on the same date indicated above.

**CERTIFIED & REGULAR MAIL**
TIMOTHY DILLETT, OWNER
HAVEN SALON + DAY SPA, INC.
W145S7644 DURHAM DRIVE
MUSKEGO, WI 53150

**E-SERVICE**
KATHERINE REHM
S67W14950 GOLDEN COUNTRY DRIVE
MUSKEGO, WI 53150

**E-SERVICE**
REGION 30, MILWAUKEE, WISCONSIN
NATIONAL LABOR RELATIONS BOARD
310 WEST WISCONSIN AVENUE, SUITE 450W
MILWAUKEE, WI 53203-2246

**E-SERVICE**
ROBERT GIANNASI, CHIEF ADMINISTRATIVE
LAW JUDGE
DC - DIVISION OF JUDGES
1015 HALF STREET SE
WASHINGTON, DC 20570

| | |
|---|---|
| Subscribed and sworn before me this 17th day of June 2021. | DESIGNATED AGENT<br><br>A Jones<br><br><br>NATIONAL LABOR RELATIONS BOARD |

EXH. 3B

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Helget, Deann L. |
| **Sent:** | Monday, June 21, 2021 6:09 PM |
| **To:** | 'tim@myhavensalon.com' |
| **Cc:** | 'katerehm@gmail.com' |
| **Subject:** | Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091 |
| **Attachments:** | JDD.18-CA-266091.ALJ Decision.pdf; 18-CA-266091.Order Adopting in the Absence of Exceptions.pdf; LTR.18-CA-266091.Solicit Compliance from Employer - Sent to ER.pdf; NEE.18-CA-266091.notice for posting.pdf |

Dear Mr. Dillett, attached you will find a copy of the:

- Board Order and ALJ Decision in this case,
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

**E-filing Requirements.** The NLRB is requiring the mandatory electronic filing of all case documents. See GC 20-01**.** Written instructions for using the Agency's E-filing system and the Agency's Electronic Filing Terms and Conditions have been posted on the Agency's website. The Agency's website also contains a video demonstration which provides step-by-step instructions for e-filing.

Please contact Richard Neuman at 414-930-7203 if you have any questions.  Thank you

NATIONAL LABOR RELATIONS BOARD

DEANN HELGET, COMPLIANCE ASSISTANT

952|703|2883

The NLRB requires electronic filing of documents. See GC Memo 20-01 on the Agency's website. Below is information to assist you in this requirement:

1. Written instructions for using the Agency's E-Filing system and the Agency's Electronic Filing Terms and Conditions policy have been posted on the Agency's website. See http://apps.nlrb.gov/myAccount/assets/E-Filing-System-User-Guide.pdf.
2. The Agency's website also contains a video demonstration which provides step-by-step instructions. See https://apps.nlrb.gov/myAccount/assets/My%20Account%20Portal%20Overview/story_html5.html.
3. For Frequently Asked Questions, please see https://apps.nlrb.gov/myAccount/#/FileCaseDocuments/FAQ
4. If you require additional assistance with E-Filing, please contact  E-File@NLRB.gov.
5. If you're ready to e-file a new charge or petition, go to https://apps.nlrb.gov/chargeandpetition/#/

To provide feedback on your E-Filing experience, see: https://www.nlrb.gov/how-we-work/fillable-forms/site-feedback

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Monday, July 19, 2021 11:48 AM |
| **To:** | tim@myhavensalon.com |
| **Subject:** | FW: Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091 |
| **Attachments:** | JDD.18-CA-266091.ALJ Decision.pdf; 18-CA-266091.Order Adopting in the Absence of Exceptions.pdf; LTR.18-CA-266091.Solicit Compliance from Employer - Sent to ER.pdf; NEE.18-CA-266091.notice for posting.pdf |

Dear Mr. Dillett –

My office sent you the attached email and documents concerning the above mentioned case.  In this letter, I requested that the Employer take steps to comply with the Board's Order and that certain documents be returned to me to assure that compliance had begun.  The due date for this response was July 12, 2021.  You failed to respond at all to this letter.

I will provide you with one more opportunity to respond before recommending further legal action.  Please respond to the attached letter by close of business on July 26, 2021.  **If you fail to respond by Monday, July 26, 2021, I will be recommending that this matter be referred for enforcement proceedings in the appropriate United States Court of Appeals.**

Please let me know if you have any questions.

Rick Neuman, Compliance Officer

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

---

**From:** Helget, Deann L.
**Sent:** Monday, June 21, 2021 5:09 PM
**To:** 'tim@myhavensalon.com' <tim@myhavensalon.com>
**Cc:** 'katerehm@gmail.com' <katerehm@gmail.com>
**Subject:** Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091

Dear Mr. Dillett, attached you will find a copy of the:

- Board Order and ALJ Decision in this case,
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

**E-filing Requirements.** The NLRB is requiring the mandatory electronic filing of all case documents. See GC 20-01. Written instructions for using the Agency's E-filing system and the Agency's Electronic Filing Terms and Conditions have been posted on the Agency's website. The Agency's website also contains a video demonstration which provides step-by-step instructions for e-filing.

Please contact Richard Neuman at 414-930-7203 if you have any questions.  Thank you

NATIONAL LABOR RELATIONS BOARD

DEANN HELGET, COMPLIANCE ASSISTANT

952|703|2883

The NLRB requires electronic filing of documents. See GC Memo 20-01 on the Agency's website. Below is information to assist you in this requirement:

1. Written instructions for using the Agency's E-Filing system and the Agency's Electronic Filing Terms and Conditions policy have been posted on the Agency's website. See http://apps.nlrb.gov/myAccount/assets/E-Filing-System-User-Guide.pdf.
2. The Agency's website also contains a video demonstration which provides step-by-step instructions. See https://apps.nlrb.gov/myAccount/assets/My%20Account%20Portal%20Overview/story_html5.html.
3. For Frequently Asked Questions, please see https://apps.nlrb.gov/myAccount/#/FileCaseDocuments/FAQ
4. If you require additional assistance with E-Filing, please contact  E-File@NLRB.gov.
5. If you're ready to e-file a new charge or petition, go to https://apps.nlrb.gov/chargeandpetition/#/

To provide feedback on your E-Filing experience, see: https://www.nlrb.gov/how-we-work/fillable-forms/site-feedback

EXH. 4A

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Monday, October 4, 2021 10:55 AM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | katerehm@gmail.com |
| **Subject:** | Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091 |
| **Attachments:** | CCO.18-CA-266091.Judgment Enforcing.pdf; Court Order Solicit Compliance from Employer - Sent to ER.100421.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF |

Dear Mr. Dillett, attached you will find a copy of the:

- Court's Final Judgement in this case,
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

**E-filing Requirements.** The NLRB is requiring the mandatory electronic filing of all case documents. See GC 20-01. Written instructions for using the Agency's E-filing system and the Agency's Electronic Filing Terms and Conditions have been posted on the Agency's website. The Agency's website also contains a video demonstration which provides step-by-step instructions for e-filing.

Please contact me at 414-930-7203 or by email if you have any questions.  Thank you,


Richard J. Neuman, Compliance Officer
National Labor Relations Board
310 West Wisconsin, Suite 450
Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov


EXH: 4B

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Tuesday, October 26, 2021 2:36 PM |
| **To:** | tim@myhavensalon.com |
| **Subject:** | FW: Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091 |
| **Attachments:** | CCO.18-CA-266091.Judgment Enforcing.pdf; Court Order Solicit Compliance from Employer - Sent to ER.100421.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF |

Mr. Dillett –

I just left you a voicemail about the above mentioned case. The Court Order issued on September 30, 2021. I sent you the attached documents and requested that you start complying with the Court Order. You were to respond by October 25, 2021. You failed to do so. I wanted to give you one more opportunity to start complying with the Court Order before we take additional legal action.

**If Respondent does not start complying as outlined in my attached October 4, 2021 letter by Friday, October 29, 2021, this matter will be referred for contempt proceedings.**

Rick Neuman, Compliance Officer

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

---

**From:** Neuman, Richard J.
**Sent:** Monday, October 4, 2021 9:55 AM
**To:** tim@myhavensalon.com
**Cc:** katerehm@gmail.com
**Subject:** Haven Salon + Day Spa, Inc., Case 18-CA-266091 and 18-CA-266091

Dear Mr. Dillett, attached you will find a copy of the:

- Court's Final Judgement in this case,
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

**E-filing Requirements.** The NLRB is requiring the mandatory electronic filing of all case documents. See GC 20-01. Written instructions for using the Agency's E-filing system and the Agency's Electronic Filing Terms and Conditions have been posted on the Agency's website. The Agency's website also contains a video demonstration which provides step-by-step instructions for e-filing.

Please contact me at 414-930-7203 or by email if you have any questions. Thank you,

Richard J. Neuman, Compliance Officer
National Labor Relations Board
310 West Wisconsin, Suite 450

Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

EXH. 4C

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Thursday, November 18, 2021 4:13 PM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | Lerner, Helene |
| **Subject:** | Contempt Letter from National Labor Relations Board |
| **Attachments:** | Haven Salon Contempt Ltr w Enclosures.pdf |

Dear Mr. Dillett,

Please find enclosed a letter from the Contempt, Compliance, and Special Litigation Branch. A copy of the letter and its enclosures have also been mailed to you. If you have any questions, please feel free to contact me at (202) 701-4804 or by email. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

1



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

CONTEMPT, COMPLIANCE, & SPECIAL LITIGATION BRANCH
1015 Half Street SE, Fourth Floor
Washington, D.C. 20003
Tel: 202-273-2922
Fax: (202) 273-4244

November 18, 2021

VIA EMAIL AND FIRST CLASS MAIL
Timothy Dillett, Owner
Haven Salon + Spa, Inc.
W145S7644 Durham Drive
Muskego, WI 53150
tim@myhavensalon.com

Re:     No. 21-2413, *NLRB v. Haven Salon + Spa, Inc.*
        (7th Cir.); NLRB Case Nos. 18-CA-266091 and 18-CA-267818

Dear Mr. Timothy Dillett:

Region 18 of the National Labor Relations Board ("Board") has referred this matter to our office with a recommendation that we initiate civil contempt proceedings against Haven Salon + Spa, Inc. ("Company") for its failure to comply with the judgment issued on September 30, 2021 by the United States Court of Appeals for the Seventh Circuit ("Judgment"). The Judgment requires your Company to, among other things:

- Within 14 days from the date of the judgment, remove from its files any reference to the unlawful suspension and discharge of Katherine Rehm, and within 3 days thereafter, notify Rehm in writing that this has been done and the suspension and discharge will not be used against her in any way.

- Within 14 days after service by the Region, post at its New Berlin and Muskego, Wisconsin facilities signed copies of the enclosed Notice to Employees for 60 consecutive days in conspicuous places, including all places where notices to employees are customarily posted.

- Within 21 days after service by the Region, file with the Regional Director for Region 18 a sworn certification of a responsible official, on a form provided by the Region, attesting to the steps that the Company has taken to comply.

Please submit to my attention by the close of business on December 3, 2021, whatever information you wish for us to consider in determining whether to process this matter in contempt, including any proof of compliance with the judgment. You are advised that in the event contempt proceedings are initiated, it could result in civil imprisonment of the Company's

Haven Salon + Spa, Inc.                                 - 2 -                      November 18, 2021
Case Nos. 18-CA-266091, 18-CA-267818

officers and agents responsible for non-compliance, prospective fines, and payment of the
Board's costs and attorney's fees.

        As you know, the September 30, 2021 Judgment further requires the Company to make
Katherine Rehm whole for any loss of earnings and other benefits and take other corrective steps.
The Region will contact you regarding your compliance with the monetary remedy imposed by
the September 30, 2021 Judgment.

        If we do not hear from you **by or before December 3, 2021**, we will assume that the
Company does not intend to comply with the terms of the Judgment and shall proceed
accordingly.

        Thank you in advance for your prompt attention to this matter. Should you have any
questions, or if you would like to discuss this matter further, please feel free to contact the
undersigned.

                            Regards,



                            ARISH S. ALI
                            Trial Attorney
                            202-701-4804
                            Arish.Ali@nlrb.gov

                            HELENE D. LERNER
                            Supervisory Trial Attorney
                            202-273-3738
                            Helene.Lerner@nlrb.gov



Enclosures:     Court Judgment
                Notice to Employees

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 30, 2021

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br>                    Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC,<br>                    Respondent |
| **Originating Case Information:** ||
| Agency Case Nos: 18-CA-266091 & 18-CA-267818<br>National Labor Relations Board ||

Upon consideration of the **APPLICATION FOR SUMMARY ENTRY OF A JUDGMENT ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD**, filed on August 2, 2021, by counsel for the petitioner,

**IT IS ORDERED** that the application for summary entry of judgment is **GRANTED** and the attached judgment is **ENFORCED**.

form name: **c7_FinalJudgment**     (form ID: **132**)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATIONAL LABOR RELATIONS BOARD          :
                                        :
                        Petitioner      :   No.
              v.                        :
                                        :   Board Case Nos.:
HAVEN SALON + SPA, INC.                 :   18-CA-266091
                                        :   18-CA-267818
                        Respondent      :

JUDGMENT ENFORCING AN ORDER OF THE
NATIONAL LABOR RELATIONS BOARD

Before:

This cause was submitted upon the application of the National Labor
Relations Board for summary entry of a judgment against Respondent, Haven
Salon + Spa, Inc., its officers, agents, successors, and assigns, enforcing its order
dated June 17, 2021, in Case Nos. 18-CA-266091 and 18-CA-267818, and the
Court having considered the same, it is hereby

ORDERED AND ADJUDGED by the Court that the Respondent, Haven
Salon + Spa, Inc., its officers, agents, successors, and assigns, shall abide by said
order (See Attached Order and Appendix).

_____
Judge, United States Court of
Appeals for the Seventh Circuit

NATIONAL LABOR RELATIONS BOARD

v.

HAVEN SALON + SPA, INC.

### ORDER

Haven Salon + Spa, Inc., its officers, agents, successors, and assigns, shall

1. Cease and desist from
   a. Impliedly telling employees that they can only share safety concerns with management.
   b. Threatening employees with unspecified reprisals and other actions against them because they participated in Board activities and protected concerted activities.
   c. Threatening employees with unspecified reprisals against their family members because the employee participated in Board activities and protected concerted activities.
   d. Discharging or otherwise discriminating against employees because of their protected concerted activities.
   e. In any like or related manner interfering with, restraining or coercing employees in the exercise of the rights guaranteed them by Section 7 of the Act.

2. Take the following affirmative action necessary to effectuate the policies of the Act:
   a. Within 14 days from the date of this Order, offer Katherine Rehm full reinstatement to her former job, or, if that job no longer exists, to a substantially equivalent position, without prejudice to her seniority or any other rights or privileges previously enjoyed.
   b. Make Katherine Rehm whole for any loss of earnings and other benefits suffered as a result of the discrimination against her, in the manner set forth in the remedy section of this decision, plus reasonable search-for-work and interim employment expenses.
   c. Compensate Katherine Rehm for the adverse tax consequences, if any of receiving a lump-sum backpay award, and file with the Regional Director for Region 18, within 21 days of the date the amount the backpay is fixed,

either by agreement or Board order, a report allocating the backpay award to the appropriate calendar year(s).

d. File with the Regional Director for Region 18 a copy of Katherine Rehm's back corresponding W-2 forms reflecting backpay.

e. Within 14 days from the date of this Order, remove from its files any reference to the unlawful suspension and discharge of Katherine Rehm, and within 3 days thereafter, notify Rehm in writing that this has been done and the suspension and discharge will not be used against her in any way.

f. Preserve and, within 14 days of a request, or such additional time as the Regional Director may allow for good cause shown, provide at a reasonable place designated by the Board or its agents, all payroll records, social security payment records, timecards, personnel records and reports, and all other records, including an electronic copy of such record if stored in electronic form, necessary to analyze the amount of backpay due under the terms of this Order.

g. Within 14 days after service by the Region, post at its New Berlin and Muskego, Wisconsin facilities copies of the attached notice marked "Appendix."[1]  Copies of the notice, on forms provided by the Regional Director for Region 18, after being signed by Respondent's authorized representative, shall be posted by Respondent and maintained for 60 consecutive days in conspicuous places, including all places where notices to employees are customarily posted. In addition to physical posting of paper notices, notices shall be distributed electronically, such as by email, posting on an intranet or an internet site and/or other electronic means, if Respondent customarily communicates with its employees by such means. Reasonable steps shall be taken by Respondent to ensure that the notices are not altered, defaced, or covered by any other material.  If Respondent has gone out of business or closed any facility involved in these proceedings,

---

[1] If the facilities involved in these proceedings are open and staffed by a substantial complement of employees, the notices must be posted within 14 days after service by the Region.  If the facilities involved in these proceedings are closed to due to Coronovirus Disease 2019 (COVID-19) pandemic, the notices must be posted within 14 days after the facility reopens and a substantial complement of employees have returned to work, and the notices may not be posted until a substantial complement of employees have returned to work.  Any delay in the physical posting of paper notices also applies to the electronic distribution of the notice if Respondent customarily communicates with its employees by electronic means.

Respondent shall duplicate and mail, at its own expense, a copy of the notice to all current employees and former employees employed by Respondent at any time since July 24, 2020.

h. Within 21 days after service by the Region, file with the Regional Director for Region 18 a sworn certification of a responsible official on a form provided by the Region attesting to the steps that Respondent has taken to comply.

EXH. 4D

**Ali, Arish S.**

---

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Tuesday, March 29, 2022 4:34 PM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | katerehm@gmail.com |
| **Subject:** | Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order |
| **Attachments:** | Supplemental Board Decision.pdf; CCO.18-CA-266091.Judgment Enforcing.pdf; Post Supp Board Order Solicit Compliance from Employer - Sent to ER.032922.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF |

Dear Mr. Dillett,

On March 28, 2022, the National Labor Relations Board (Board) issued a Supplemental Decision and Order.  I am writing again to request that you comply with this Supplemental Decision and Order as well as the Court's final judgment dated September 30, 2021.  Attached you will find a copy of the:

- Board's Supplemental Decision and Order,
- Court's Final Judgement in this case,
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution <u>(The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)</u>

If you do not takes steps to initiate compliance with these decisions by April 4, 2022, I will recommend that the Board's Supplemental Decision and Order be enforced by a federal appellate court.  Please contact me at 414-930-7203 or by email if you have any questions.  Thank you,

Richard J. Neuman, Compliance Officer
National Labor Relations Board
310 West Wisconsin, Suite 450
Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

EXH. 4E

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Friday, June 3, 2022 12:45 PM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | Kate Rehm |
| **Subject:** | Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order and Court Order |
| **Attachments:** | Supplemental Board Decision.pdf; CCO.18-CA-266091.Judgment Enforcing.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF; Haven Salon and Spa 18-CA-266091 - Judgment.pdf; Second Court Judgment SCL.060322.pdf |

Dear Mr. Dillett,

On June 1, 2022, the United States Court of Appeals for the Seventh Circuit issued another Court judgment in this matter which enforced the Board's March 28, 2022 Supplemental Decision and Order.  I am writing again to request that you comply with this Supplemental Decision and Order as well as the Court's judgments dated September 30, 2021.  Attached you will find a copy of the:

- Board's Supplemental Decision and Order,
- Court's Final Judgement in this case, and Court's second judgement
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

If you do not takes steps to initiate compliance with these decisions **by June 10, 2022**, **I will recommend that contempt proceedings begin**.  Please contact me at 414-930-7203 or by email if you have any questions.  Thank you,

Richard J. Neuman, Compliance Officer
National Labor Relations Board
310 West Wisconsin, Suite 450
Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

**EXH. 4F**

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Monday, June 13, 2022 1:08 PM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | katerehm@gmail.com |
| **Subject:** | FW: Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order and Court Order |
| **Attachments:** | Supplemental Board Decision.pdf; CCO.18-CA-266091.Judgment Enforcing.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF; Haven Salon and Spa 18-CA-266091 - Judgment.pdf; Second Court Judgment SCL.060322.pdf; LTR.18-CA-266091.Last Chance before Contempt Letter.061322.pdf |

Dear Mr. Dillet –

On June 3, 2022, I requested that compliance begin in this matter and for a response by June 10, 2022.  You have failed to respond to this and all other communication from me.  I am providing you one last chance to respond, comply with the Board and Court Orders, and make necessary payments before contempt proceedings take place.  **Please respond no later than June 21, 2022, or the NLRB will start pursuing contempt.**  If you have any questions, please contact me.  Thanks,

Rick Neuman, Compliance Officer

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

---

**From:** Neuman, Richard J.
**Sent:** Friday, June 3, 2022 11:45 AM
**To:** tim@myhavensalon.com
**Cc:** Kate Rehm <katerehm@gmail.com>
**Subject:** Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order and Court Order

Dear Mr. Dillett,

On June 1, 2022, the United States Court of Appeals for the Seventh Circuit issued another Court judgment in this matter which enforced the Board's March 28, 2022 Supplemental Decision and Order.  I am writing again to request that you comply with this Supplemental Decision and Order as well as the Court's judgments dated September 30, 2021.  Attached you will find a copy of the:

- Board's Supplemental Decision and Order,
- Court's Final Judgement in this case, and Court's second judgement
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

If you do not takes steps to initiate compliance with these decisions **by June 10, 2022**, **I will recommend that contempt proceedings begin**.  Please contact me at 414-930-7203 or by email if you have any questions.  Thank you,

Richard J. Neuman, Compliance Officer
National Labor Relations Board
310 West Wisconsin, Suite 450
Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Thursday, November 18, 2021 3:35 PM |
| **To:** | april.short@nlrb.gov; lakeya.watson@nlrb.gov |
| **Cc:** | Lerner, Helene |
| **Subject:** | Request to send first-class mail |
| **Attachments:** | Haven Salon Contempt Ltr w Enclosures.pdf |

Dear April and Lakeya,

Please send, via first-class mail, the attached letter and enclosures (contained in one PDF). The mail should go to:

Timothy Dillett
W145S7644 Durham Drive
Muskego, WI 53150

Please let me know if you have any questions. Please also send me a confirming email once the document has been mailed. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Neuman, Richard J. |
| **Sent:** | Friday, June 3, 2022 12:54 PM |
| **To:** | Klusman, Carrie J. |
| **Cc:** | Mandelman, Benjamin |
| **Subject:** | FW: Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order and Court Order |
| **Attachments:** | Supplemental Board Decision.pdf; CCO.18-CA-266091.Judgment Enforcing.pdf; NEE.18-CA-266091.Court Judgment notice for posting.PDF; Haven Salon and Spa 18-CA-266091 - Judgment.pdf; Second Court Judgment SCL.060322.pdf |

Carrie

Please send out all of the attached documents via USPS (regular and certified mail) and UPS.


Rick Neuman, Compliance Officer

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

**From:** Neuman, Richard J.
**Sent:** Friday, June 3, 2022 11:45 AM
**To:** tim@myhavensalon.com
**Cc:** Kate Rehm <katerehm@gmail.com>
**Subject:** Haven Salon Case 18-CA-266091 - Compliance Letter Supplemental Decision and Board Order and Court Order

Dear Mr. Dillett,

On June 1, 2022, the United States Court of Appeals for the Seventh Circuit issued another Court judgment in this matter which enforced the Board's March 28, 2022 Supplemental Decision and Order. I am writing again to request that you comply with this Supplemental Decision and Order as well as the Court's judgments dated September 30, 2021. Attached you will find a copy of the:

- Board's Supplemental Decision and Order,
- Court's Final Judgement in this case, and Court's second judgement
- Detailed letter requesting compliance be effectuated,
- Notice to Employees for posting and/or distribution (The Employer is to make color copies of the enclosed Notice on 8 ½ by 14 legal-sized paper and ensure each copy of the Notice retains the heading at the top of the Notice.)

If you do not takes steps to initiate compliance with these decisions **by June 10, 2022**, **I will recommend that contempt proceedings begin**. Please contact me at 414-930-7203 or by email if you have any questions. Thank you,

Richard J. Neuman, Compliance Officer
National Labor Relations Board

310 West Wisconsin, Suite 450
Milwaukee, WI  53203
Phone 414-930-7203 - Fax 414-297-3880

Please note that as of **January 21, 2020**, all case related documents will no longer be accepted via email and *must* be e-filed at www.nlrb.gov

Case: 21-2789   Document: 18-3   Filed: 02/22/2023   Pages: 38



**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**

SUBREGION 30
310 West Wisconsin Avenue, Suite 450W
Milwaukee, WI 53203-2246

Agency Website: www.nlrb.gov
Telephone: (414)297-3861
Fax: (414)297-3880

Agent's Direct Dial: (414)930-7203

June 13, 2022

Sent via Email, USPS (Regular and Certified) and UPS
Timothy Dillett, Owner
Haven Salon + Day Spa, Inc.
W145S7644 Durham Drive
Muskego, WI 53150
tim@myhavensalon.com

       Re:  Haven Salon + Day Spa, Inc.
           Cases 18-CA-266091 and 18-CA-267818

Dear Mr. Dillett:

   You have not responded to any of my letters and emails concerning the above-mentioned case. I have enclosed my June 3, 2022 letter (and attachments) which describes the steps the Respondent **must** take to comply with the judgments issued by the United States Court of Appeals for the Seventh Circuit and the orders issued by the National Labor Relations Board. This includes paying backpay to the Charging Party. I am providing the Respondent with one last opportunity to begin complying with these orders and judgments before contempt actions begin. **Please respond no later than June 21, 2022. If you fail to respond efforts to seek contempt based on your inaction will commence**.

   Your cooperation in this matter will be appreciated. If you have questions or concerns regarding this matter, please contact me at the phone number above or by email at richard.neuman@nlrb.gov.

         Very truly yours,

         /s/Richard Neuman

         RICHARD J. NEUMAN
         Compliance Officer

Enclosures:  Board's Supplemental Decision and Order
      Court's Final Judgment
      Court's Judgment Enforcing Supplemental Decision and Order
      Notices to Employees
      Certification of Compliance Form, Part One
      Certification of Compliance Form, Part Two

Haven Salon + Day Spa, Inc.                        - 2 -                          June 13, 2022
Case 18-CA-266091

cc:     Katherine Rehm
        S67W14950 Golden Country Drive
        Muskego, WI 53150
        katerehm@gmail.com

EXH. 5

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Wednesday, December 14, 2022 3:40 PM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | Flanagan, Kevin P.; Lerner, Helene |
| **Subject:** | National Labor Relations Board v. Haven Salon+Spa, Inc. (Case No. 21-2413): Service of filings |
| **Attachments:** | Notice of Appearance.pdf; Case No. 21-2413 - Petition for Contempt.pdf |
| | |
| **Categories:** | NxGen Uploaded |

Mr. Dillett,

Please find enclosed two documents filed by the National Labor Relations Board with the Seventh Circuit Court of Appeals in the above-referenced case today. These filings have also been mailed to you via overnight mail. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

EXH. 6A

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Tuesday, December 20, 2022 11:36 AM |
| **To:** | Short, April; Hudgins, Charles F.; Brown, Reggie; Dunkley, Lascelle; Watson, Lakeya T. |
| **Cc:** | Flanagan, Kevin P. |
| **Subject:** | Request to send overnight mail |
| **Attachments:** | Order for Respondent to Answer Contempt Petition.pdf |

Dear all,

Please send one copy of the attached PDF document (1 page total) to the following recipient via overnight mail:

Timothy Dillett
W145S7644 Durham Drive
Muskego, WI 53150

Please let me know if you have any questions. Thank you.


Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 20, 2022

Before

**MICHAEL Y. SCUDDER**, *Circuit Judge*

|  | NATIONAL LABOR RELATIONS BOARD, Petitioner |
|---|---|
| No. 21-2413 | v. |
|  | HAVEN SALON + SPA, INC, Respondent |
| **Originating Case Information:** | |
| Agency Case Nos: 18-CA-266091 & 18-CA-267818 National Labor Relations Board | |

Upon consideration of the **PETITION OF THE NATIONAL LABOR RELATIONS BOARD FOR ADJUDICATION IN CIVIL CONTEMPT AND FOR OTHER CIVIL RELIEF**, filed on December 14, 2022, by counsel for the petitioner,

**IT IS ORDERED** that Haven Salon+Spa shall respond to the petition for contempt by January 9, 2023.

form name: **c7_Order_3J**    (form ID: **177**)

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Tuesday, December 20, 2022 11:43 AM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | Flanagan, Kevin P. |
| **Subject:** | National Labor Relations Board v. Haven Salon+Spa, Inc. (Case No. 21-2413): Service of Court Order |
| **Attachments:** | Order for Respondent to Answer Contempt Petition.pdf |

Mr. Dillett,

Please see attached the order issued by the Seventh Circuit Court of Appeals today in the above-referenced case, which orders Haven Salon+Spa, Inc. to respond to the NLRB's petition for contempt by January 9, 2023. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Wednesday, January 18, 2023 8:53 AM |
| **To:** | Short, April; Hudgins, Charles F.; Brown, Reggie; Dunkley, Lascelle; Watson, Lakeya T. |
| **Subject:** | Request to send overnight mail |
| **Attachments:** | Order to Show Cause.pdf |

Dear all,

Please send one copy of the attached PDF document (1 page total) to the following recipient via overnight mail:

Timothy Dillett
W145S7644 Durham Drive
Muskego, WI 53150

Please let me know if you have any questions. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 17, 2023

Before

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br>Petitioner<br>v.<br>HAVEN SALON + SPA, INC,<br>Respondent |
|---|---|
| **Originating Case Information:** | |
| Agency Case Nos: 18-CA-266091 & 18-CA-267818<br>National Labor Relations Board | |

The following is before the court: **PETITION OF THE NATIONAL LABOR RELATIONS BOARD FOR ADJUDICATION IN CIVIL CONTEMPT AND FOR OTHER CIVIL RELIEF**, filed on December 14, 2022, by counsel for the petitioner.

On December 20, 2022, this court ordered Haven Salon+Spa to respond to the Board's petition for adjudication of civil contempt by January 9, 2023. That date has passed and no response has been filed. Accordingly,

**IT IS ORDERED** that respondent Haven Salon+Spa shall show cause by January 30, 2023, why the petition for adjudication of civil contempt should not be granted.

**Ali, Arish S.**

| | |
|---|---|
| **From:** | Ali, Arish S. |
| **Sent:** | Wednesday, January 18, 2023 8:59 AM |
| **To:** | tim@myhavensalon.com |
| **Cc:** | Flanagan, Kevin P. |
| **Subject:** | National Labor Relations Board v. Haven Salon+Spa, Inc. (Case No. 21-2413): Service of Court Order |
| **Attachments:** | Order to Show Cause.pdf |

Mr. Dillett,

Please see attached the order issued by the Seventh Circuit Court of Appeals in the above-referenced case, which orders Haven Salon+Spa, Inc. to show cause by January 30, 2023, why the NLRB's petition for civil contempt should not be granted. A copy of the order is also being mailed to you. Thank you.

Arish S. Ali
Trial Attorney



UNITED STATES GOVERNMENT
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, 4th Floor
Washington, D.C. 20003
Tel: (202) 701-4804
Arish.Ali@nlrb.gov

EXH. 6E

RETURN TO:
NLRB-WASHINGTON HQ
1015 HALF ST SE
RM DOCK
WASHINGTON DC 20003

26/Jan/2023 07:15 5339

MD 201 9-48

122264ER1243454085

RETURN TO SHIPPER          26/Jan/2023 07:15 5339
REASON FOR RETURN:
  RECEIVER DID NOT WANT, REFUSED DELIVERY
ORIGINAL RECEIVER:
  DILLET, T

MD 201 9-48

122264ER1243454085

UPS 3 DAY SELECT                                        3
TRACKING #:1Z 226 4ER 12 4345 4085

FHVBDRF W1A1R110UDC US 5339 Jan 26 07:15:43 2023  HIP 22.8.3 LP2844
BILLING: P/P

WS 22.0.16 Zebra ZP 450 DT 02.01/2023

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®
UPS Ground

Do not use this envelope for:

Visit UPS.com
Apply shipping documents on this side.

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS Express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable item. Do not send cash or cash equivalent.

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com
010195101  9/20  PWC  United Parcel Service

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

#3 NLRB
JAN 31 2023
MAILROOM

80% Post-Consumer Content

# Express



# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 17, 2023

Before

**MICHAEL Y. SCUDDER**, *Circuit Judge*

| | |
|---|---|
| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br>Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC,<br>Respondent |

| Originating Case Information: |
|---|
| Agency Case Nos: 18-CA-266091 & 18-CA-267818 |
| National Labor Relations Board |

The following is before the court: **PETITION OF THE NATIONAL LABOR RELATIONS BOARD FOR ADJUDICATION IN CIVIL CONTEMPT AND FOR OTHER CIVIL RELIEF**, filed on December 14, 2022, by counsel for the petitioner.

On December 20, 2022, this court ordered Haven Salon+Spa to respond to the Board's petition for adjudication of civil contempt by January 9, 2023. That date has passed and no response has been filed. Accordingly,

**IT IS ORDERED** that respondent Haven Salon+Spa shall show cause by January 30, 2023, why the petition for adjudication of civil contempt should not be granted.