# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____  )
                                                             )

**NATIONAL LABOR RELATIONS BOARD,**   )

      **Petitioner,**   )

      **v.**   )   **Case No. 21-2413**

**HAVEN SALON+SPA, INC.**   )

      **Respondent.**   )

_____  )

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the Supplement to Petition of the National Labor Relations Board for Adjudication in Civil Contempt and for Other Civil Relief, Declaration of Arish S. Ali, and supporting exhibits, filed electronically with the Court's CM/ECF system on February 22, 2023, were served on the Respondent by UPS overnight delivery at:

        Haven Salon+Spa, Inc.
        c/o Tim Dillett
        W145S7644 Durham Drive
        Muskego, WI 53150
        tim@myhavensalon.com

         /s ARISH S. ALI__
        ARISH S. ALI

Trial Attorney
Tel: (202) 701-4804
arish.ali@nlrb.gov

**NATIONAL LABOR RELATIONS BOARD**
Contempt, Compliance, and Special Litigation Branch 1015 Half Street, SE, 4th Floor
Washington, D.C. 20003
Fax: (202) 273-4244

Dated at Washington, D.C.,
this 23rd day of February, 2023