# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF AGENCY CASE CLOSING

April 21, 2023

To: National Labor Relations Board

| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD, Petitioner v. HAVEN SALON + SPA, INC, Respondent |
|---|---|
| **Originating Case Information:** | |
| Agency Case No: 18-CA-266091 National Labor Relations Board | |
| **Originating Case Information:** | |
| Agency Case No: 18-CA-267818 National Labor Relations Board | |

Herewith is the final order of this court in this matter, along with the Bill of Costs, if any. This court's order is final and this case is closed in this court.

| | |
|---|---|
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 04/21/2023 |
| RECORD ON APPEAL STATUS: | No record to be returned. |

form name: **c7_AgencyClosingLetter** (form ID: **136**)