**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**

SUBREGION 30
310 West Wisconsin Avenue, Suite 450W
Milwaukee, WI 53203-2246

Agency Website: www.nlrb.gov
Telephone: (414)297-3861
Fax: (414)297-3880

Agent's Direct Dial: (414)930-7203

June 14, 2022

Sent via USPS (Regular and Certified) and UPS
Timothy Dillett, Owner
Haven Salon + Day Spa, Inc.
W184S8538 DEAN CT
MUSKEGO, WI 53150-8966

Re: Haven Salon + Day Spa, Inc.
Cases 18-CA-266091 and 18-CA-267818

Dear Mr. Dillett:

On June 13, 2022, the enclosed letters and documents were sent to your address at W145S7644 Durham Drive, Muskego, WI 53150. It has been brought to our attention that you may have moved to the address above. **Again, please respond no later than June 21, 2022. If you fail to respond efforts to seek contempt based on your inaction will commence.**

Your cooperation in this matter will be appreciated. If you have questions or concerns regarding this matter, please contact me at the phone number above or by email at richard.neuman@nlrb.gov.

Very truly yours,

/s/Richard Neuman

RICHARD J. NEUMAN
Compliance Officer

Enclosures:  Board's Supplemental Decision and Order
Court's Final Judgment
Court's Judgment Enforcing Supplemental Decision and Order
Notices to Employees
Certification of Compliance Form, Part One
Certification of Compliance Form, Part Two
Letter dated June 3, 2022
Letter dated June 13, 2022



EXHIBIT 6





UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 30
310 WEST WISCONSIN AVENUE - SUITE 450W
MILWAUKEE, WI 53203
An Equal Opportunity Employer

OFFICIAL BUSINESS

TIMOTHY DILLETT, OWNER
HAVEN SALON + DAY SPA, INC.
W184S8538 DEAN CT
MUSKEGO, WI 53150-8966

06/22/22
-R-T-S- 53150505053-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Return to Sender