# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 1, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 21-2413 | |
| NATIONAL LABOR RELATIONS BOARD,<br>    *Petitioner*,<br><br>    v.<br><br>HAVEN SALON + SPA, INC.,<br>    *Respondent*. | On Application for Summary Entry of a Judgment Enforcing an Order of the National Labor Relations Board.<br><br>Nos.  18-CA-266091<br>        18-CA-267818 |

### WRIT OF BODY ATTACHMENT

**To the United States Marshal for the Eastern District of Wisconsin, or the United States Marshal for any District in which Timothy Dillett or Carley Dillett may be found:**

      Pursuant to the order issuing this Writ of Body Attachment, entered on September 1, 2023, you and your deputies are hereby commanded to immediately attach the person Timothy Dillett and the person Carley Dillett (jointly "the Dilletts"), to place both of them in the custody of the Attorney General of the United States, and immediately to bring them before a United States District Judge or United States Magistrate in the district or districts in which they are taken into custody. The Dilletts'

known place of business is Haven Salon + Spa, Inc., S76W17789 Janesville Road, Muskego, WI 53150. The Dilletts' last known personal addresses are W145S7644 Durham Drive, Muskego, WI 53150, and W184S8538 Dean Court, Muskego, WI 53150. Upon execution of the Writ, you shall make due return. Should only one of the Dilletts be located, after due diligence, you shall place the located individual into custody, as described above.

      Further, you are directed to provide each of the Dilletts a copy of the court's order issuing this Writ of Body Attachment.

      Further, you are directed to provide to the National Labor Relations Board ("the Board"), to the extent feasible, advance notice of the time and place you will bring the Dilletts before a United States District Judge or United States Magistrate Judge as set forth above. Such notice shall be provided to the Board's Contempt, Compliance & Special Litigation Branch by contacting either of the following Board Attorneys: Arish Ali, who can be reached at 202-273-2922 or 202-701-4804, or Kevin Flanagan, who can be reached at 202-273-2938 or 202-793-0445. Alternatively, if it is not possible to provide advance notice, the District Court may contact either of the named Board Attorneys to allow the Board to appear via telephone or videoconference when the Dilletts are brought before a United States District Judge or United States Magistrate Judge as set forth above.

      In accordance with the court's order authorizing this Writ, you and your deputies are authorized to use necessary and reasonable force in entering and searching the premises in which the Dilletts, together or individually, may be found, and in taking them into custody, in order to effectuate this order.