UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**NATIONAL LABOR RELATIONS BOARD,**

  Plaintiff,

  v.                                                                     Case No.     22-MC-34

**HAVEN SALON + SPA, INC., et al.**

  Defendants.

---

### ORDER CERTIFYING THAT DEFENDANTS HAVE COMMITTED TO TAKING IMMEDIATE STEPS TO COMPLY

---

On September 12, 2023, Defendants Timothy and Carley Dillett appeared by counsel via video hearing after their arrest on a writ of body attachment issued by the Seventh Circuit. The circuit's order found the defendants in contempt for violating previous court orders and further directed their arrest and continued custody until a district or magistrate judge certifies that the Dilletts have either complied with the requirements of those orders or have "committed to taking immediate steps to comply."

At the hearing, the government represented that the parties had agreed to several terms. The defendants committed to (1) posting notice in its store locations in compliance with the court's order and to (2) issuing a letter to Katherine Rehm indicating that it had removed any references to her unlawful termination from her file. The government indicated that if it received proof by the end of this week that such actions occurred, it would consider those issues resolved. Further, the defendants committed to mail appropriate notices to employees of its closed facility by the end of next week. The government also indicated it would be open to considering a payment plan for the outstanding fines and attorney's fees.

Based on these agreed terms, and the defendants' commitment to follow through with their promises, I ordered the defendants released from custody. I hereby certify that the defendants have committed to take immediate steps to comply with the circuit's orders.

**SO ORDERED** this 12th of September, 2023.

*Stephen C. Dries*
STEPHEN C. DRIES
United States Magistrate Judge