UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
CLERK OF COURT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>-vs-<br><br>HAVEN SALON + SPA, INC.<br><br>Defendant | 21-2413  |

## AFFIDAVIT

I, Timothy Dillett, of Muskego, in Waukesha, Wisconsin, MAKE OATH AND SAY THAT:

1. This statement is to confirm the steps Haven has taken to eliminate the contempt of court order and satisfy the NLRB Judgment order. On September 13, 2013, Haven posted a physical copy according to the instructions provided by the NLRB at Haven Salon in Muskego, WI. On September 13, 2023, Haven sent charging party an email offering her full reinstatement to her former job. On September 14, 2013, Haven emailed all current employees a copy of the Notice to Employees. On September 15, 2023, Haven mailed and emailed a letter to the charging party stating that Haven has removed any references to her unlawful suspension and discharge, and that the suspension and discharge will not be used against her in any way. On September 22, 2023, Haven mailed the Notice to Employees to all Haven Salon former employees. All of these steps were taken to satisfy step 2 of the order of contempt and part of the original NLRB judgment order. On September 25, 2023, Haven had a conference call with the NLRB to discuss payment arrangements to satisfy step 3 of the contempt of court order and make the charging party whole, which would satisfy the final step of the original judgment. Haven has committed to providing a reasonable payment plan proposal to the NLRB by October 4, 2023 to cover the fines, attorney fees and make whole dues. Haven will update the court on or before October 5, 2023 regarding the outcome of the payment plan proposal.

STATE OF WISCONSIN

COUNTY OF WAUKESHA

SUBSCRIBED AND SWORN TO BEFORE ME, on the 27th day of September, 2023

Signature *Michelle Contreras Soto*
(Seal)
NOTARY PUBLIC
My Commission expires: 11-14-2025

*(Notary Seal: MICHELLE CONTRERAS-SOTO, NOTARY PUBLIC, STATE OF WISCONSIN)*

_____
(Signature)

Timothy Dillett

©2002-2023 LawDepot.com®