UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD | 21-2413 |
| Petitioner | |
| -vs- | |
| HAVEN SALON + SPA, INC. | |
| Defendant | |

**AFFIDAVIT**

I, Timothy Dillett, of Muskego, in Waukesha, Wisconsin, MAKE OATH AND SAY THAT:

1. This statement is in response to Exhibit 4, Affidavit of Service filed for Motion for Liquidation of Fees, Addition of Parties in Contempt, and Writ of Attachment. Between the dates of March 16, 2013 and March 18, 2023, the NLRB attempted to service and notify Haven and its Directors, Timothy and Carley Dillett with notice to respond to the petition for contempt of court. Within the order of contempt is was ordered that Haven pay a $1000 fine and daily fines which would only be forgiven if Haven files a sworn statement demonstrating compliance of the order for contempt and the original NLRB judgment. With respect to the Affidavit of Service, I confirm that I, Timothy Dillett, were never notified and serviced the contempt of court order. According to the additional comments, there were five attempts made. In attempt number three, I recall the encounter I had with the individual who came to the door that evening of March 18, 2023. It was dark outside and it was hard to make out the individuals face. I do recall the individual asking if Timothy Dillett was home. The individual did not identify himself or his purpose. I was home with my children and I did not feel safe to respond to the individual, given the time of day and considering the individual did not identify his purpose of coming to my door.

On January 9, 2023, I began full time employment at GE Healthcare. My duties to Haven were passed to Haven's day to day manager at this time. The purpose of this sworn statement is to confirm that Haven and I, Timothy Dillett, were never successfully served with the Contempt of Court order. As such, Haven was not aware of the initial $1000 fine and the subsequent daily fines that accumulated through August 21, 2023 to a total amount of $23,900. With respect to the court and the NLRB, Haven acknowledges the attorney fees and making the charging party whole as necessary steps to meet compliance, satisfy the NLRB judgment, and eliminate the contempt of court order along with fulfilling all other administrative steps in order to meet all compliance steps within the NLRB judgement.

STATE OF WISCONSIN

COUNTY OF WAUKESHA

SUBSCRIBED AND SWORN TO BEFORE ME, on the 3RD day of OCTOBER, 2023

_____
(Signature)

Timothy Dillett

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
07-17-2026

TRACEY M. MEYER
NOTARY PUBLIC
STATE OF WISCONSIN

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>-vs-<br><br>HAVEN SALON + SPA, INC.<br><br>Defendant | 21-2413 |

**<u>AFFIDAVIT</u>**

I, Carley Dillett, of Muskego, in Waukesha, Wisconsin, MAKE OATH AND SAY THAT:

1. This statement is in response to Exhibit 4, Affidavit of Service filed for Motion for Liquidation of Fees, Addition of Parties in Contempt, and Writ of Attachment. Between the dates of March 16, 2013 and March 18, 2023, the NLRB attempted to service and notify Haven and its Directors, Timothy and Carley Dillett with notice to respond to the petition for contempt of court. Within the order of contempt is was ordered that Haven pay a $1000 fine and daily fines which would only be forgiven if Haven files a sworn statement demonstrating compliance of the order for contempt and the original NLRB judgement. With respect to the Affidavit of Service, I confirm that I, Carley Dillett, were never notified and serviced the contempt of court order. According to the additonal comments, there were five attempts made. In attempt number one, I recall being asked if Timothy Dillett or a manager was available. I stated that Timothy Dillett no longer works at Haven. At that time, Timothy Dillett had returned to work at GE Healthcare and was in fact no longer an employee of Haven. Haven's day to day manager had already gone home for the day as well. I was not informed as to why Timothy Dillett and a manager were being requested. I was with a client that was processing color and I was taking care of my client.

In response to successful attempt number 5. Despite the fact that a court order was left with our front desk, I can confirm that the court order was never in my possession. On September 18, 2023, I asked our manager of operations if she recalls receiving mail and email from the NLRB. While she could not recall receiving any documentation in March of 2023, she responded by saying that she has been deleting emails and discarding mail from the NLRB for a long period of time. When asked why she was discarding mail and deleting emails she responded that she thought it was solicitation mail. The purpose of this sworn statement is to confirm that Haven and I, Carley Dillett, acting Director were never successfully served with the Contempt of Court order. As such, Haven was not aware of the initial $1000 fine and the subsequent daily fines that accumulated through August 21, 2023 to a total amount of $23,900. With respect to the court and the NLRB, Haven acknowledges the attorney fees and making the charging party whole as necessary steps to meet compliance, satisfy the NLRB judgment, and eliminate the contempt of court order along with fulfilling all other administrative steps in order to meet all compliance steps within the NLRB judgement.

STATE OF WISCONSIN

COUNTY OF WAUKESHA

SUBSCRIBED AND SWORN TO BEFORE ME, on the 3rd day of October, 2023

Signature *Sharayah Plasil*
(Seal)
NOTARY PUBLIC
My Commission expires:
Jan. 18, 2027

*(Signature)*

Carley Dillett

SHARAYAH PLASIL
NOTARY PUBLIC
STATE OF WISCONSIN

EXHIBIT 4

# AFFIDAVIT OF SERVICE

| Case: 21-2413 | Court: In The United States Court of Appeals For The Seventh Circuit | County: | Job: 8559426 |
|---|---|---|---|
| Plaintiff / Petitioner: National Labor Relations Board | | Defendant / Respondent: Haven Salon+Spa, Inc. | |
| Received by: WI Process | | For: United States Government - National Labor Relations Board | |
| To be served upon: Haven Salon+Spa, Inc. c/o Timothy Dillett | | | |

I, Gino Hoffmann, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Haven Salon+Spa, Inc. , Haven Salon+Spa: S76W17789 JANESVILLE RD, MUSKEGO, WI 53150-9299
**Manner of Service:** Business, Mar 18, 2023, 2:06 pm CDT
**Documents:** On Application for Summary Entry of a Judgment Enforcing an Order of the National Labor Relations Board. Agency Case Nos. 18-CA-266091 & 18-CA-267818 (Received March 16, 2023 at 11:43am CST)

**Additional Comments:**
1) Unsuccessful Attempt: Mar 16, 2023, 7:24 pm CDT at Haven Salon+Spa: S76W17789 JANESVILLE RD, MUSKEGO, WI 53150-9299
The business is operational. Approximately 9-10 cars in the business parking lot. I entered the salon and a single female hairstylist was working on a customer's hair. I asked her if Timothy Dillett or a Manager was available. She said No. She behaved strangely/dismissive and said Tim doesn't work here and he would not get anything that came here for him. I asked if she knew how to get ahold of him, she scoffed and said no and I am with a client right now. She had her hands full of hair product. I located a Facebook profile for a Carlye Marie that matched the description of the female hairstylist. Her profile indicated she is the Managing Director of Haven Salon+Spa.

2) Unsuccessful Attempt: Mar 16, 2023, 7:47 pm CDT at W145S7644 DURHAM DR, MUSKEGO, WI 53150-3804
I rang the video doorbell to the residence and there was no answer. I waited several minutes and rang again, and there was no answer. Lights appeared on inside the home. No vehicles in the driveway.

3) Unsuccessful Attempt: Mar 16, 2023, 8:06 pm CDT at W184S8538 DEAN CT, MUSKEGO, WI 53150
I rang the doorbell to the residence and a Caucasian male approximately 40-45 years of age, blonde hair, approx 5'10", 160-180lbs answered the door. I asked if Timothy Dillett was home, he said not right now. I asked if knew how to get ahold of him, he said no. He paused and was hesitant to respond. I asked if the name sounded familiar and he aggressively said NO as he shut the door. A Jeep with Wisconsin tags AHM-6300 was parked in the driveway. I located a photo of a Timothy Dillet on Facebook. It appears to be the same male that answered the door at this Dean Court address, depicted with the female hairstylist I just spoke with at the salon earlier this evening. I believe the male I just spoke with may be lying about his identity and is avoiding service of the documents.

4) Unsuccessful Attempt: Mar 17, 2023, 6:23 pm CDT at Haven Salon+Spa: S76W17789 JANESVILLE RD, MUSKEGO, WI 53150-9299
The salon appears closed for the day. I checked hours of operation that indicate they are open from 8am-4pm tomorrow (Saturday). I will return one more time tomorrow.

5) Successful Attempt: Mar 18, 2023, 2:06 pm CDT at Haven Salon+Spa: S76W17789 JANESVILLE RD, MUSKEGO, WI 53150-9299 received by Haven Salon+Spa, Inc c/o Josie Roman, Receptionist; Age: 18-25; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'9"; Hair: Blond; Relationship: Receptionist; I entered the business that is open and actively serving customers. Approx 15 cars in the parking lot and customers actively getting salon services. I approached the reception desk and asked if a Manager, Carlye or Tim Dillett were available. The female receptionist identified as Josie Roman, said no they are not here. I handed her the documents and asked if she would please give to Timothy Dillet, Carlye or whomever is running this business (Owner and/or Manager). She said yes took the documents.

_____ 03/20/2023
Gino Hoffmann                    Date

WI Process
P.O. Box 270032
Milwaukee, WI 53227
(414) 207-9094

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
3-20-2023     6-18-2025
Date          Commission Expires

JOSHUA JON HOFFMANN
Notary Public
State of Wisconsin