# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

October 11, 2023

*By the Court:*

| | |
|---|---|
| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD,<br><br>          Petitioner<br><br>v.<br><br>HAVEN SALON + SPA, INC., TIMOTHY DILLETT, and CARLEY DILLETT,<br>          Respondents |

| **Originating Case Information:** |
|---|
| Agency Case Nos: 18-CA-266091 & 18-CA-267818<br>National Labor Relations Board |

The following are before the court:

1. **ORDER CERTIFYING THAT DEFENDANTS HAVE COMMITTED TO TAKING STEPS TO COMPLY**, forwarded by the District Court on September 12, 2023.

2. **AFFIDAVIT**, filed on September 27, 2023, by pro se Respondent Timothy Dillett.

3. **AFFIDAVIT**, filed on October 4, 2023, by pro se Respondents Timothy Dillett and Carley Dillett.

In an affidavit filed on September 27, 2023, Timothy Dillett informed the court that Haven Salon + Spa has complied with this court's judgment enforcing the Board's order, issued on September 30, 2021, and would be proposing a payment plan to cover the fines and attorneys' fees we ordered Haven to pay in our February 27, 2023, opinion, and September 1 order. Dillett said he would update the court by October 5 regarding the payment plan proposal but has not done so. Accordingly,

**IT IS ORDERED** that Haven shall file, by October 18, 2023, a statement explaining whether it has reached an agreement with the Board regarding payment of the $23,900 in fines and $9,453.10 in attorneys' fees and whether any further proceedings are necessary in this court. The Board shall file a statement by October 20, 2023, addressing the same questions and whether Haven has fully complied with this court's September 2021 judgment.