# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

**ORDER**

October 19, 2023

*Before*
FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 21-2413 | NATIONAL LABOR RELATIONS BOARD, <br> Petitioner <br><br> v. <br><br> HAVEN SALON + SPA, INC., TIMOTHY DILLETT, and CARLEY DILLETT, <br> Respondents |
| **Originating Case Information:** ||
| Agency Case Nos: 18-CA-266091 & 18-CA-267818 <br> National Labor Relations Board ||

Upon consideration of the **JOINT MOTION FOR APPROVAL OF STIPULATION AND PROPOSED CONSENT ORDER**, filed on October 18, 2023, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED** and the attached stipulation and proposed consent order are **APPROVED**.

form name: **c7_Order_3J**    (form ID: **177**)