# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **HAVEN SALON+SPA, INC., TIMOTHY DILLETT,** ) <br> **and CARLEY DILLETT** ) <br> ) <br> Respondents. ) | Case No. 21-2413 |

## STATEMENT CONFIRMING RESPONDENTS' COMPLIANCE WITH COURT JUDGMENT AND CONDITIONAL DISCLAIMER OF NEED FOR FURTHER COURT PROCEEDINGS

To the Honorable, the Judges of the United States
  Court of Appeals for the Seventh Circuit:

In accordance with this Court's October 11, 2023 Order [Doc. 21], which instructs the National Labor Relations Board ("the Board") to explain whether it has reached an agreement with Haven Salon+Spa, Inc. ("Haven"), Timothy Dillett and Carley Dillett (together with Haven, the "Respondents") regarding the payment of fines and attorneys' fees, whether Haven has complied with the Court's September 2021 judgment, and whether any further proceedings are necessary in this Court, the Board hereby responds as follows:

1. Through the Joint Motion for Approval of Stipulation and Proposed Consent Order [Doc. 22], which this Court granted on October 19, 2023 [Doc. 23-1], the parties have reached an agreement that resolves all of Respondents' monetary obligations stemming from this case and Case No. 22-1626.

2. Timothy Dillett, on behalf of Haven, has certified – and the Board believes – that Respondents have complied with all other aspects of this Court's September 21, 2021 judgment.

3. The Board believes that no further proceedings in this Court are necessary unless Respondents breach the Consent Order approved by this Court [Doc. 23-2]. Should such a breach occur, the Board reserves the right to seek further appropriate relief from this Court.

**NATIONAL LABOR RELATIONS BOARD**

  s/ Arish Ali         10/20/2023
*Signature*         *Date*

Arish S. Ali, Counsel for National Labor Relations Board
Contempt, Compliance & Special Litigation Branch
1015 Half Street, S.E., 4th Floor
Washington, D.C. 20003
(202) 701-4804
Arish.Ali@nlrb.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Court's CM/ECF system on October 20, 2023. I further certify that a copy of the foregoing was served on the Respondent by email at tim@myhavensalon.com and by first-class mail at the following address:

>Haven Salon+Spa, Inc.
>c/o Tim Dillett
>W145S7644 Durham Drive
>Muskego, WI 53150

>/s/ Arish Ali
>*Trial Attorney*